IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE M. GALLO**             : | |
|         **Plaintiff,**     : | |
| : | |
| v.                               : | CIVIL ACTION NO. 13-1155 |
| : | |
| **CAROLYN W. COLVIN, ACTING**    : | |
| **COMMISSIONER OF SOCIAL SECURITY** : | |
|         **Defendant.**    : | |

## ORDER

**AND NOW**, this 15th day of September 2014, upon consideration of the Plaintiff's Motion in Support of Request for Review, Defendant's response, the Report and Recommendation of Magistrate Judge Timothy R. Rice, to which no objections have been filed, after a careful, independent review of the administrative record, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to remove this action from civil suspense;

2. The Report and Recommendation is **APPROVED IN PART** and **MODIFIED IN PART**; and

3. The decision of the Acting Commissioner of Social Security denying Denise M. Gallo social security disability insurance benefits is **VACATED** and the case is **REMANDED** to the Commissioner for an award of benefits as of the onset date of November 1, 2010.

It is so **ORDERED**.

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**